*Hudson* Reporting & Video Inc.

*toll free* 1 • 877 • 648 • 3766
or HU DSON
1 • 800 • 310 • 1769

# ORIGINAL

AUGUST 15, 2000
INVOICE #: 826

MARVIN MOOS, ESQ.
SMITH RYMER MOORE & MOOS
2801 POST OAK BLVD
SUITE 250
HOUSTON, TEXAS 77056

Re: HAWA ABDI JAMA V. UNITED STATES CORRECTIONAL SERVICES
Assignment Dates: June 19, 20, 21, 22, 26, 27, 28 and 29, 2000 and July 10,
11 and 12, 2000
Witnesses: Video taped depositions of Norman Uzzle 1-830 pages (4 days) and
Michael Rozos 1-1027 pages (4 days) and John Lima 1-899 pages (3 days)

| | | |
|---|---|---|
| One Copy (Reg) | 6/19 thru 6/22 (830 pages) | 2,075.00 |
| Copy of Exhibits | 467 pages | 163.45 |
| One Copy (Reg) | 6/26 thru 6/29 (1027 pages) | 2,567.50 |
| Copy of Exhibtits | 903 pages | 316.05 |
| One Copy (Reg) | 7/10 thru 7/12 (899 pages) | 2,247.50 |
| Copy of Exhibits | 47 pages | 16.45 |
| Ascii/Mini | no charge | |
| Delivery | All 11 days | 150.50 |

Total Amount $ 7,536.45

PAYMENT DUE UPON RECIEPT OF INVOICE

Thank you for your business

Please Mail Checks To:
HUDSON REPORTING & VIDEO, INC.
P. O. BOX 2094
NEW YORK, NY 10116
Federal Tax Id#:13-4025036

### CAPITOL COURT REPORTERS, INC.
### P.O. Box 329
### Burlington, VT 05402-0329
### (802) 863-6067
### (800) 863-6067

November 6, 2000

Invoice No. JQ-20655

Marvin Moos, Esquire
Snmith, Rymer, Moore & Moos
2801 Post Oak Blvd., Suite 250
Houston, TX 77056

RE: JAMA V. ESMOR

Original and five copies of the deposition of Michael Rozos, day 5, taken on 10/23/00 in
Williston, Vermont. Bill split with all parties.

| | |
|---|---|
| 260 pages @ $1.65 per page | $429.00 |
| Litigation package | 20.00 |
| Appearance fee | 16.00 |
| Shipping | 5.40 |

Total due                                                            $470.40

Thank you for your business.

PAYMENT DUE UPON RECEIPT<br>PLEASE RETURN ONE COPY FOR PROPER CREDIT<br>TAX I.D. #03-0352621

**CAPITOL COURT REPORTERS, INC.**
*P.O. Box 329*
*Burlington, VT 05402-0329*
*(802) 863-6067*
*(800) 863-6067*

November 6, 2000                                    Invoice No. SB-20669

Marvin Moos, Esquire
Smith, Rymer, Moore & Moos
2801 Post Oak Blvd. Suite 250
Houston, TX 77056

RE: JAMA, ET AL. V. ESMOR, ET AL.

Original and five copies of the deposition of Michael Rozos taken on 10/24/00 in Williston, Vermont. Bill split will all parties.

| | |
|---|---:|
| 270 pages @ $1.65 per page | $445.50 |
| Litigation package | 20.00 |
| Appearance fee | 16.00 |
| 2 pages of exhibits copied @ $.25 per page | .50 |
| Shipping | 5.00 |
| Total due | $487.00 |

Thank you for your business.

PAYMENT DUE UPON RECEIPT
PLEASE RETURN ONE COPY FOR PROPER CREDIT
TAX I.D. #03-0352621

### CAPITOL COURT REPORTERS, INC.
### P.O. Box 329
### Burlington, VT 05402-0329
### (802) 863-6067
### (800) 863-6067

November 6, 2000                                        Invoice No. SB-20674

Marvin Moos, Esquire
Smith, Rymer, Moore & Moos
2801 Post Oak Blvd., Suite 250
Houston, TX 77056

RE: JAMA, ET AL. V. ESMOR, ET AL.

Original and five copies of the deposition of Michael Rozos taken on 10/25/00 in Williston,
Vermont. Bill split with all parties.

| | |
|---|---|
| 271 pages @ $1.65 per page | $447.15 |
| Litigation package | 20.00 |
| Appearance fee | 16.00 |
| Shipping | 5.00 |
| | |
| Total due | $488.15 |

Thank you for your business.

### PAYMENT DUE UPON RECEIPT
### PLEASE RETURN ONE COPY FOR PROPER CREDIT
### TAX I.D. #03-0352621

**Certified Shorthand Reporters, Inc.**
*19 W. Flagler Street Suite M-101*
*Miami, FL 33130*
*Phone #: (305)374-6545  Fax #: (305)374-0616*





Acct:     882

MARVIN MOOS
SMITH RYMER MOORE & MOOS
2801 POST OAK ROAD # 250
HOUSTON, TX 77056

Employer I.D. No. 59-1603299

| Invoice Date: |
|---|
| 11/29/2000 |
| Invoice No. |
| 75,114 |

PLEASE REFERNCE THIS
INVOICE NUMBER WHEN
REMITTING

RE:  HAWA ABDI JAMA, ET AL VS. UNITED STATES OF AMERICA

Witness: NORMAN UZZLE (11-8-00 & 11-9-00)

Date Taken:  11/08/2000                          Reporter:   MARIANNE TERTAN

| Code | Description | Qty | Charges |
|---|---|---|---|
| 1C | One copy of transcript | 449 | 1,234.75 |
| LS | Condensed transcript / ASCII | 2 | 50.00 |
| UPS2 | UPS 2nd Day Service | 1 | 20.00 |

**TERMS: NET 30 DAYS**

To insure proper credit, please enclose a
copy of this invoice with payment.

**Total:    1,304.75**

**TOTAL BALANCE
DUE:        1,304.75**



*Hudson* Reporting & Video Inc.

toll free 1 • 877 • 648 • 3766
or  HU  DSON
1 • 800 • 310 • 1769

# ORIGINAL

AUGUST 10, 2000
INVOICE #: 820

MARVIN MOOS, ESQ.
SMITH RYMER MOORE & MOOS
2801 POST OAK BLVD
SUITE 250
HOUSTON, TEXAS 77056

Re: HAWA ABDI JAMA V. UNITED STATES CORRECTIONAL SERVICES
Assignment Dates: June 12, 13, 14, 15 and 16, 2000
Witnesses: Depositions of Denise Allen 1-393 pages (2 days) and Earline
Boyer 1-773 pages (3 days)

| | | |
|---|---|---|
| One Copy (Reg) | 6/12 & 6/13 (393 pgs) | 982.50 |
| Copies of Exhibits | 8 pages | 2.80 |
| One Copy (Reg) | 6/14, 6/15 & 6/16 (773 pgs) | 1,932.50 |
| Copies of Exhibits | 221 pages | 77.35 |
| Ascii/Mini | no charge | |
| Delivery | all 5 days | 56.75 |

Total Amount    $    3,051.90

PAYMENT DUE UPON RECIEPT OF INVOICE

Please Mail Checks To:
HUDSON REPORTING & VIDEO, INC.
P. O. BOX 2094
NEW YORK, NY 10116

Federal Tax Id#:13-4025036



**Hudson** *Reporting & Video Inc.*

toll free 1 • 877 • 648 • 3766
or  HU  DSON
1 • 800 • 310 • 1769

# ORIGINAL

AUGUST 8, 2000
INVOICE #:  805

MARVIN C. MOOS, ESQ.
SMITH RYMER MOORE & MOOS, P.A.
2801 POST OAK BLVD
SUITE 250
HOUSTON, TEXAS  77056

Re:  HAWA ABDI JAMA V. UNITED STATES CORRECTIONAL SERVICES
Assignment Dates:  May 30, 31 and June 1, 2000
Witness:  Deposition of Alan Friess 1-603 pages (3 days)

| | | |
|---|---|---|
| One Copy (Reg) | 603 pages | 1,507.50 |
| Copies of Exhibits | 344 pages | 120.40 |
| Ascii/Mini | no charge | |
| Delivery | FedEx | 69.16 |

-----------------------

Total Amount  $   1,697.06

PAYMENT DUE UPON RECIEPT OF INVOICE

Please Mail Checks To:
HUDSON REPORTING & VIDEO, INC.
P. O. BOX  2094
NEW YORK,  NY  10116
Federal Tax Id#: 13-4025036



# SMITH, RYMER, MOORE & MOOS
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

2801 Post Oak Blvd., Suite 250
Houston, Texas 77056
(713) 626-1550
Fax (713) 626-1558

Marvin C. Moos

January 18, 2002

Fitzsimmons Reporting Services
570 West Mount Pleasant Ave.
Livingston, New Jersey 07039
**ATTN: Jessica**

> Re:    Civil Action No. 97-3093; *Hawa Abdi Jama, et al. v. United States Immigration and Naturalization Service, et al.*; In the United States District Court for the District of New Jersey

Dear Jessica:

Enclosed please find our firm check in the amount of $547.00, payable to Fitzsimmons Reporting Services, for the fees associated with obtaining a copy of the deposition transcript of Abraham Kenneh, regarding the above-captioned matter.

Should you have any questions and/or comments, please feel free to call me.

Very truly yours,

SMITH, RYMER, MOORE & MOOS, P.C.

Elaine M. Moore
*Legal Assistant for Marvin C. Moos*

:emm
Enclosure(s)
49003

# ORIGINAL

**HUDSON REPORTING & VIDEO, INC.**
124 WEST 30TH STREET
SUITE 214-216
NEW YORK, NY 10001
PHONE: 212-273-9911 FAX: 212-273-9915

SMITH RYMER MOORE & MOOS, P.A.
2801 POST OAK BOULEVARD
SUITE 250
HOUSTON, TX 77056

MARVIN C. MOOS, ESQ.

JAMA Vs. USA
WITNESS: JEYAKUMAR ANANTNARAJAH

**INVOICE NO. :**     4286
**INVOICE DATE:**    1/07/2002
**REPORTER:**
LINDA MARINO

**ID#**  13-4025036

| Date | Description | Amount |
|------|-------------|--------|
| 12/03/2001 | ORIGINAL + 1  369 PAGES | 1,752.75 |
| | APPEARANCE | 70.00 |
| | ASCII & MINI  NO CHARGE | |
| 12/04/2001 | ORIGINAL + 1  436 PAGES | 2,071.00 |
| | APPEARANCE | 105.00 |
| | NIGHT CHARGES FOR 47 PAGES | 70.50 |
| | ASCII & MINI  NO CHARGE | |
| | FEDEX CHARGES | 52.25 |

| | |
|---|---|
| Sub Total | 4,121.50 |
| Paid | 0.00 |
| Balance Due | 4,121.50 |

PAYMENT DUE UPON RECIEPT OF INVOICE





# BENJAMIN REPORTING SERVICE

CERTIFIED SHORTHAND REPORTERS • 119 FULTON STREET, NEW YORK, N.Y. 10038 • TEL: 212-374-1138 • FAX: 212-385-9877

INVOICE

INVOICE NO.
71441
07/23/99

CARLSON SMITH & RYMER, P.C.
300 TURNER STREET

RE: JAMA v U S INS
DEPOSITION
A BAKAR

CLEARWATER          FL 33756
ATTN: A. CARLSON

| DATE | AMOUNT |
|------|--------|
| 06/29/99 | |
| 254 PAGES | |
| 1 COPY(S) | 711.20 |
| UPS | 10.00 |
| TOTAL   DUE | 721.20 |

[74774:4289]

Payment is due on the date of the invoice.  A finance charge will be imposed at an annual rate of 18%
(1.5% per month) on all balances remaining unpaid more than 30 days after the date payment was due.

Fed Id No. 232874062

CLIENT'S COPY

# BENJAMIN REPORTING SERVICE

CERTIFIED SHORTHAND REPORTERS • 119 FULTON STREET, NEW YORK, N.Y. 10038 • TEL: 212-374-1138 • FAX: 212-385-9677

INVOICE

INVOICE NO.
71483
07/28/99

CARLSON SMITH & RYMER, P.C.
300 TURNER STREET

RE: JAMA v US INS
DEPOSITION
A BAKAR

CLEARWATER          FL 33756
ATTN: A. CARLSON

| DATE | AMOUNT |
|------|--------|
| 06/30/99 | |
| 225 PAGES | |
| 1 COPY(S) | 630.00 |
| UPS | 10.00 |
| T O T A L       D U E | 640.00 |

[74815:4289]

Payment is due on the date of the invoice.  A finance charge will be imposed at an annual rate of 18%
(1.5% per month) on all balances remaining unpaid more than 30 days after the date payment was due.

Fed Id No. 232874062

CLIENT'S COPY

# BENJAMIN REPORTING SERVICE

CERTIFIED SHORTHAND REPORTERS • 119 FULTON STREET, NEW YORK, N.Y. 10038 • TEL: 212-374-1138 • FAX: 212-385-9877

INVOICE

INVOICE NO.
71487
07/28/99

CARLSON SMITH & RYMER, P.C.
300 TURNER STREET

CLEARWATER          FL 33756
ATTN: A. CARLSON

RE: JAMA v US INS
DEPOSITION
A BAKAR

| DATE | AMOUNT |
|------|--------|
| 07/01/99 | |
| 102 PAGES | |
| 1 COPY(S) | 285.60 |
| T O T A L    D U E | 285.60 |

[74819:4289]

Payment is due on the date of the invoice.   A finance charge will be imposed at an annual rate of 18%
(1.5% per month) on all balances remaining unpaid more than 30 days after the date payment was due.

Fed Id No. 232874062

CLIENT'S COPY



# PAPE LEX
## REPORTING SERVICE, INC.
Professional Reporting Since 1980

**Bill To:**

SMITH, RYMER, MOORE & MOOS, ESQS.
2801 POST OAK BOULEVARD
SUITE 250
HOUSTON, TX  77056

**Remit to:**
160 Broadway, Suite 1201
New York, NY 10038

**All Billing Inquiries**
Call 631-543-3566

INVOICE

24300

| DATE | CLIENT | FILE |
|------|--------|------|
| 12/26/2001 | 3859 | 11211-04.06FNWP |

Re: JAMA et al v.   U.S. IMMIGRATION SVCS et al.
Assignment Date: November 12, 2001

  ABY BAKAV

|  |  |
|---|---|
| Total Amount $ | 569.50 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 569.50 |

COPY

221 PAGES

---

Tax Number:
11-3033646

## Offices throughout
## New York • New Jersey

Terms: Payable upon
receipt 1.5% per month

## Method of Payment:

☐ Check Enclosed
   Payable to LEX Reporting Service, Inc.

☐ Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

LEX REPORTING SERVICE, INC.

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐  ☐☐

Credit Card #          Exp. Date

Daytime Phone

# BENJAMIN REPORTING SERVICE

CERTIFIED SHORTHAND REPORTERS • 119 FULTON STREET, NEW YORK, N.Y. 10038 • TEL: 212-374-1138 • FAX: 212-385-9877

INVOICE

INVOICE NO.
71290
07/08/99

CARLSON SMITH & RYMER, P.C.
300 TURNER STREET

CLEARWATER          FL 33756
ATTN: A. CARLSON

RE: JAMA v U S INS
DEPOSITION
H JAMA

| DATE | AMOUNT |
|------|--------|
| 06/15/99 | |
| 60 PAGES | |
| 1 COPY(S) | 168.00 |
| 1 COPY(S) OF EXHIBIT PAGES | 1.50 |
| UPS | 8.00 |
| T O T A L     D U E | 177.50 |

[74617:4289]

Payment is due on the date of the invoice.  A finance charge will be imposed at an annual rate of 18%
(1.5% per month) on all balances remaining unpaid more than 30 days after the date payment was due.

Fed Id No. 232874062

CLIENT'S COPY

Rizman, Rappaport, Dillon & Rose, L...
Certified Court Reporters
66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973) 992-7650   Fax (973) 992-0666

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 80725 | 03/04/2002 | 01-22435 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/21/2002 | RIZMST | 97-3093 (DRD) |

| CASE CAPTION | | |
|---|---|---|
| Jama v. United State Immigration | | |

| TERMS | | |
|---|---|---|
| | | |

Larry S. Reich, Esq.
Blank, Rome, Tenzer, Greenblatt, LLP
405 Lexington Avenue
New York, NY 10174

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Hawa Ardi Jama                           329 Pages @    2.50/Page   822.50
                          EXHIBITS          92 Pages @     .25/Page    23.00
                          Postage & Handling                          18.50

                                         TOTAL DUE  >>>>               864.00

Interest will be charged at 1.5% per month on unpaid balance.

Our portion  8432 00

TAX ID NO.: 22-3378800                                    (212) 885-5000

*Please detach and return this portion with your payment*

Larry S. Reich, Esq.
Blank, Rome, Tenzer, Greenblatt, LLP
405 Lexington Avenue
New York, NY 10174

Invoice No.:  80725
Date       :  03/04/2002
**TOTAL DUE :**    864.00

Job No.  :  01-22435
Case No. :  97-3093 (DRD)
Jama v. United State Immigration

Remit To:   **Rizman, Rappaport, Dillon & Rose, LLC**
            **Certified Court Reporters**
            **66 W. Mt. Pleasant Avenue**
            **Livingston, NJ 07039**

Rizman, Rappaport, Dillon & Rose, LLC
Certified Court Reporters
66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973) 992-7650   Fax  (973) 992-0666

*49003*

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 80782 | 03/06/2002 | 01-22435 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/21/2002 | RIZMST | 97-3093 (DRD) |

| CASE CAPTION |
|---|
| Jama v. United State Immigration |

| TERMS |
|---|
|  |

Larry S. Reich, Esq.
Blank, Rome, Tenzer, Greenblatt, LLP
405 Lexington Avenue
New York, NY 10174

```
            Minuscripts @$25.00 each                        25.00
            Postage & Handling                               9.75

                              TOTAL   DUE  >>>>             34.75

Witness:  Hawa Ardi Jama
Interest will be charged at 1.5% per month on unpaid balance
```

Our portion    17.38

TAX ID NO.: 22-3378800                                    (212) 885-5000

*Please detach and return this portion with your payment*

Larry S. Reich, Esq.
Blank, Rome, Tenzer, Greenblatt, LLP
405 Lexington Avenue
New York, NY 10174

```
Invoice No.:  80782
Date      :  03/06/2002
TOTAL DUE  :      34.75


Job No.   :  01-22435
Case No.  :  97-3093 (DRD)
Jama v. United State Immigration
```

Remit To:    **Rizman, Rappaport, Dillon & Rose, LLC**
             **Certified Court Reporters**
             **66 W. Mt. Pleasant Avenue**
             **Livingston, NJ 07039**

INVOICE

INVOICE NO.
71272
07/06/99

CARLSON SMITH & RYMER, P.C.
300 TURNER STREET

RE: JAMA v U S INS
DEPOSITION
D RAJI

CLEARWATER          FL 33756
ATTN: A. CARLSON

| DATE | AMOUNT |
|------|--------|
| 06/14/99 | |
| 134 PAGES | |
| 1 COPY(S) | 375.20 |
| 1 COPY(S) OF EXHIBIT PAGES | 0.25 |
| 1 MIN-U-SCRIPT PACKAGE(S)** | 56.50 |
| DELIVERY | 8.00 |
| T O T A L     D U E | 439.95 |

** MIN-U-SCRIPT + WORD INDEX AND ASCII DISK

[74599:4289]

Payment is due on the date of the invoice.   A finance charge will be imposed at an annual rate of 18%
(1.5% per month) on all balances remaining unpaid more than 30 days after the date payment was due.

Fed Id No. 232874062

# *Hudson* Reporting & Video Inc.

toll free 1 • 877 • 648 • 3766
or
HU DSON
1 • 800 • 310 • 1769

# ORIGINAL

JULY 5, 2000
INVOICE #:  711

DAVID PATRICK O'NEAL, ESQ.
SMITH RYMER MOORE & MOOS, P.A.
2901 POST OAK BLVD
SUITE 250
HOUSTON, TEXAS  77056

Re:  HAWA ABDI JAMA V. UNITED STATES CORRECTIONAL SERVICES
Assignment Dates: April 17, 18, 24, 25 and 26, 2000 and
        May 1, 2, 3 (2 wit), 8, 9, 15 and 16, 2000
Witnesses: Okay Nkenke 1-839 pages(3 days); Philip Johnson 1-633 pages(2 days)
        Robert Snead 1-534 pages(2 days); Kevin Ryan 1-232 pages; Warren
        Maccarelli 1-376 pages(2 days); David Mclean 1-532 pages(2 days)
        Gerard Riordan 1-323 pages(2 days)

| | | |
|---|---|---:|
| One Copy (Reg) | 4/17;4/18 & 4/24 (839 pages) | 2,097.50 |
| Copies of Exhibits | 41 pages | 14.35 |
| Ascii/Mini | no charge | |
| One Copy (Reg) | 4/25 & 4/26 (633 pages) | 1,582.50 |
| Ascii/Mini | no charge | |
| One Copy (Reg) | 5/1 & 5/2 (534 pages) | 1,335.00 |
| Copies of Exhibits | 64 pages | 22.40 |
| Ascii/Mini | no charge | |
| One Copy (Reg) | 5/3 (232 pages) | 580.00 |
| Copies of Exhibits | 3 pages | 1.05 |
| Ascii/Mini | no charge | |
| One Copy (Reg) | 5/3 & 5/4 (376 pages) | 940.00 |
| Copies of Exhibits | 71 pages | 24.85 |
| Ascii/Mini | no charge | |
| One Copy (Reg) | 5/8 & 5/9 ( 532 pages) | 1,330.00 |
| Copies of Exhibits | 23 pages | 8.05 |
| Ascii/Mini | no charge | |
| One Copy (Exp) | 5/15 & 5/16 (323 pages) | 1,453.50 |
| Copies of Exhibits | 559 pages | 113.05 |
| Deliveries (all 14 days ) | FedEX | 153.95 |

Total Amount  $  9,656.20

PAYMENT DUE UPON RECIEPT OF INVOICE

Please Mail Checks To:
HUDSON REPORTING & VIDEO, INC.
P. O. BOX  2094
NEW YORK, NY  10116
Federal Tax Id#:13-4025036

**HUDSON REPORTING & VIDEO, INC.**
**124 WEST** 30TH STREET
**SUITE 214-216**
**NEW YORK, NY 10001**
**PHONE: 212-273-9911 FAX: 212-273-9915**

SMITH RYMER MOORE & MOOS, P.A.
2801 POST OAK BOULEVARD
SUITE 250
HOUSTON, TX 77056

MARVIN C. MOOS, ESQ.

JAMA Vs. UNITED STATES OF AMERICA

**INVOICE NO. :**     4961
**INVOICE DATE:**     11/21/2002
**REPORTER:**
LINDA MARINO

**ID#**   13-4025036

| Date | Description | Amount |
|---|---|---|
| 10/29/2002 | WIT: GLORIA ALFONSON   278 PAGES | |
| | ORIGINAL + 1 | 1,320.50 |
| | APPEARANCE | 70.00 |
| | ASCII & MINI  NO CHARGE | |
| | FEDEX CHARGES | 18.75 |

|  | | |
|---|---|---|
| | Sub Total | 1,409.25 |
| | Paid | 0.00 |
| | Balance Due | 1,409.25 |

**PAYMENT DUE UPON RECIEPT OF INVOICE**

**HUDSON REPORTING & VIDEO, INC.**
**124 WEST 30TH STREET**
**SUITE 214-216**
**NEW YORK, NY 10001**
**PHONE: 212-273-9911 FAX: 212-273-9915**

SMITH RYMER MOORE & MOOS, P.A.
2801 POST OAK BOULEVARD
SUITE 250
HOUSTON, TX 77056

MARVIN MOOS, ESQ.

JAMA Vs. USA, ET AL

**INVOICE NO. :**       5007
**INVOICE DATE:**    12/11/2002
**REPORTER:**
LINDA MARINO

ID#   13-4025036

| Date | Description | Amount |
|---|---|---|
| 11/18/2002 | WIT: JOYCE A. PHIPPS   272 PAGES | |
| | ORIGINAL + 1 | 1,292.00 |
| | APPEARANCE | 70.00 |
| | ASCII & MINI  NO CHARGE | |
| | FEDEX CHARGES | 20.50 |

|  | |
|---|---|
| Sub Total | 1,382.50 |
| Paid | 0.00 |
| Balance Due | 1,382.50 |

**PAYMENT DUE UPON RECIEPT OF INVOICE**



*Hudson* Reporting & Video Inc.

toll free 1 • 877 • 648 • 3766
or HUDSON
1 • 800 • 310 • 1769

# ORIGINAL

AUGUST 8, 2000
INVOICE #: 812

MARVIN C. MOOS, ESQ.
SMITH RYMER MOORE & MOOS, P.A.
2801 POST OAK BLVD
SUITE 250
HOUSTON, TEXAS 77056

Re: HAWA ABDI JAMA V. UNITED STATES CORRECTIONAL SERVICES
Assignment Dates: June 5, 6, 7, 8 and 9, 2000
Witness: Videotaped deposition of Willard Stovall 1-1279 pages (5 days)

| | | |
|---|---|---|
| One Copy (Reg) | 1279 pages | 3,179.50 |
| Copies of Exhibits | 531 pages | 185.85 |
| Ascii/Mini | no charge | |
| Delivery | FedEx | 86.32 |

Total Amount  $  3,469.67

PAYMENT DUE UPON RECIEPT OF INVOICE

Please Mail Checks To:
HUDSON REPORTING & VIDEO, INC.
P. O. BOX 2094
NEW YORK, NY 10116

Federal Tax Id#: 13-4025036

# EBANKS, SMITH & CARLSON

*A Registered Limited Liability Partnership*
ATTORNEYS AT LAW

2500 FIVE HOUSTON CENTER
1401 McKinney
Houston, Texas 77010-4034
(713)333-4500
Fax (713)333-4600

July 1, 2004

Ms. Mollie A. Giordano
34 Lincoln St.
Roseland, NJ 07068

      Re:    Civil Action No. 97-3093; *Hawa Abdi Jama, et al. v. United States Immigration and Naturalization Service, et al.*; In the United States District Court for the District of New Jersey

Dear Ms. Giordano:

Pursuant to my telephone conversation with Mr. Moos, please find enclosed our firm check in the amount of $1,000.00 for the INS Officials' portion of the transcript of the hearing that took place on June 28th and 29th.

Should you have any questions in this regard or need any additional information, please do not hesitate to contact me.

Very truly yours,

Candace Y. Russell
Legal Assistant to Marvin C. Moos

/cyr
Enclosure

Ebanks, Smith & Carlson, L.L.P.
Payment Listing
ALL DATES

| endor<br>Entered | Due | Reference | Explanation<br>Payment Date | Acct | Che | Amount(-Disc)<br>G/L Acct: | Payment | Balance |
|---|---|---|---|---|---|---|---|---|
| 0243  Mollie A. Giordano |  |  |  |  |  | Acct: |  |  |
| Re: |  |  |  |  |  |  |  |  |
| Jun 30/2004 | Jun 30/2004 | 49003 | Hearing Transcripts |  |  | 1000.00 |  |  |
|  |  |  | Jun 30/2004 | 1 | 14372 | 2000   - Accounts | 1000.00 | 0.00 |
|  |  |  | Total: |  |  | 1000.00 | 1000.00 | 0.00 |

*** Payment Listing - G/L Account Summary ***

|  | Debit | Credit |
|---|---|---|
| /L Account |  |  |
| )00    - Operating |  | 1000.00 |
| )00    - Accounts Payable | 1000.00 |  |
| Total: | 1000.00 | 1000.00 |

EPORT SELECTIONS
eport:                      Payment Listing
ayout Template:             All
equested by:                aelepano
nished:                     Wednesday, March 16, 2005 at 11:31:17 AM
te Range:                   ALL DATES                    G/L Account:        All
ayment Date Range:          ALL DATES                    Account:            All
ndor:                       00243                        Check:              All
clude Vendors:              All                          Unpaid Invoices:    Exclude
r:                          7.10b



LEGAL SOLUTIONS

CLIENT ORIGINAL

REMIT TO

RLS LEGAL SOLUTIONS L.L.C
P.O. BOX 846040
DALLAS   TX  75284-6040
Phone:  (713) 228-2311
FAX:  (713) 228-1333
Tax ID: 76-0656070

TERMS: NET 30 DAYS

| DATE | INVOICE |
|------|---------|
| 05/27/04 | 11-335329 |

EBANKS,SMITH & CARLSON
2500 FIVE HOUSTON CENTER
1401 MCKINNEY
HOUSTON  TX  77010
Phone: (713)333-4500

S
H
I
P
T
O

EBANKS,SMITH & CARLSON
2500 FIVE HOUSTON CENTER
1401 MCKINNEY
HOUSTON  TX  77010
Phone: (713)333-4500

PLEASE PAY FROM THIS INVOICE

| ENT.MATTER #/PO# | JOB # | ACCOUNT # | ORDER DATE | ORDERED BY | ACCOUNT MANAGER | INVOICED BY: |
|---|---|---|---|---|---|---|
| 19003 | 05-0405 | 26262 | 05/27/04 | CANDICE RUSSELL | AUSTIN MADDOX | BETTY GARZA Order: 395009 |

| ITEM # | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 252-1 | COPIES - LIGHT LITIGATION    1 copy of 560 originals | CP | 560 | 0.120 | 67.20 |
| 801-3 | GBC BINDING - UP TO 2" | EA | 1 | 2.50 | 2.50 |

|  |  |
|---|---|
| GROSS: | 69.70 |
| TAX%: | 8.2500 |
| TAX AMT: | 5.76 |
| FREIGHT CHGS: |  |
| **TOTAL AMT. DUE:** | $75.46 |

Received by _Candace Russell_          Date: _6/3/04_

Print Name:_____          Delivered by:_____

Payment terms are net 30 days. RLS reserves the right to charge interest at a rate of 1.5% per month (18% per annum) on amounts 30-days past the invoice date.



**LEGAL SOLUTIONS**

CLIENT ORIGINAL

REMIT TO

RLS LEGAL SOLUTIONS L.L.C
P.O. BOX 846040
DALLAS   TX  75284-6040
Phone:  (713) 228-2311
FAX:  (713) 228-1333
Tax ID: 76-0656070

**TERMS: NET 30 DAYS**

| DATE | INVOICE |
|------|---------|
| 05/30/04 | 02-335418 |

EBANKS,SMITH & CARLSON
2500 FIVE HOUSTON CENTER
1401 MCKINNEY
HOUSTON TX  77010
Phone: (713)333-4500

**S H I P T O**

EBANKS,SMITH & CARLSON
2500 FIVE HOUSTON CENTER
1401 MCKINNEY
HOUSTON  TX  77010
Phone: (713)333-4500

**PLEASE PAY FROM THIS INVOICE**

| NT MATTER # PO# | JOB # | ACCOUNT # | ORDER DATE | ORDERED BY | ACCOUNT MANAGER | INVOICED BY: |
|---|---|---|---|---|---|---|
| 49003 | 02-0504-073 | 26282 | 05/30/04 | CANDICE RUSSELL | AUSTIN MADDOX | BETTY GARZA Order: 335119 |

| ITEM # | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 487-0 | COMPUTER TIME | EA | 1 | 35.00 | 35.00 |
| 487-3 | FLOPPY DISK - DUPLICATION | EA | 2 | 10.00 | 20.00 |

|  |  |
|---|---|
| GROSS | 55.00 |
| TAX%: | 8.2500 |
| TAX AMT: | 4.54 |
| FREIGHT CHGS: |  |
| **TOTAL AMT. DUE:** | $59.54 |

Received by _Candice Russell_        Date: _6/3/04_

Print Name: _____      Delivered by: _____

Payment terms are net 30 days. RLS reserves the right to charge interest at a rate of 1.5% per month (18% per annum) on amounts 30-days past the invoice date.



**LEGAL SOLUTIONS**

**TERMS: NET 30 DAYS**

CLIENT ORIGINAL

**REMIT TO**

RLS LEGAL SOLUTIONS L.L.C
P.O. BOX 846040
DALLAS TX 75284-6040
Phone: (713) 228-2311
FAX: (713) 228-1333
Tax ID: 76-0656070

| DATE | INVOICE |
|------|---------|
| 05/31/04 | 11-335437 |

EBANKS, SMITH & CARLSON
2500 FIVE HOUSTON CENTER
1401 MCKINNEY
HOUSTON TX 77010
Phone: (713)333-4500

**SHIP TO**

EBANKS, SMITH & CARLSON
2500 FIVE HOUSTON CENTER
1401 MCKINNEY
HOUSTON TX 77010
Phone: (713)333-4500

PLEASE PAY FROM THIS INVOICE

| NT MATTER # PO# | JOB # | ACCOUNT # | ORDER DATE | ORDERED BY | ACCOUNT MANAGER | INVOICED BY |
|---|---|---|---|---|---|---|
| 45003 | 05-0504 | 26282 | 05/31/04 | CANDICE RUSSELL | AUSTIN MADDOX | BETTY GARZA Order: 195137 |

| ITEM # | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 252-2 | COPIES - MEDIUM LITIGATION 1 copy of 13114 originals | CP | 13114 | 0.120 | 1,573.68 |
| 801-3 | GBC BINDING - UP TO 2" | EA | 4 | 2.50 | 10.00 |

|  |  |
|---|---|
| GROSS: | 1,583.68 |
| TAX%. | 8.2500 |
| TAX AMT: | 130.66 |
| FREIGHT CHGS: | |
| **TOTAL AMT. DUE:** | $1,714.34 |

Received by _Candice Russell_      Date: 6/3/04

Print Name: _____      Delivered by: _____

Payment terms are net 30 days. RLS reserves the right to charge interest at a rate of 1.5% per month (18% per annum) on amounts 30-days past the invoice date.