UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HAWA ABDI JAMA, et al. | : | Civ. No. 97-3093(DRD) |
| Plaintiffs, | : | |
| v. | : | |
| ESMOR CORRECTIONAL SERVICES, INC., et al., | : | **O R D E R** |
| Defendants. | : | |

Defendants, Esmor Correctional Services, Inc., James Slattery, Richard Staley, Willard Stovall, Diane McClure, Richard Staley and John Lima, having moved to enforce the settlement agreement with plaintiff Dennis Raji;

IT is this 20th day of August, 2008;

**ORDERED** that Defendants' motion is granted.

DICKINSON R. DEBEVOISE
U.S.S.D.J.