UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------x
:
HAWA ABDI JAMA n/k/a HALI HASHI EGAL, :
:
               Plaintiff,    :    Civil Action No. 97-3093 (DRD)
:
      vs.                         :
                                 :    **SATISFACTION OF JUDGMENT**
ESMOR CORRECTIONAL SERVICES, INC.   :
n/k/a CORRECTIONAL SERVICES
CORPORATION, et al.,                :
:
               Defendants.  :
:
------------------------------------x

      WHEREAS a judgment was entered in the above action on March 7, 2008, in favor of Debevoise & Plimpton LLP, and against Defendants Esmor Correctional Services, Inc., James Slattery, Richard Staley, John Lima, and their counsel, Sidley Austin LLP and Blank Rome LLP, jointly and severally, in the amount of $29,208.04 (consisting of $26,539.50 for attorneys' fees and $2668.54 for expenses) plus interest from March 7, 2008; and said judgment with all interest thereon having been satisfied in full in accordance with the parties' agreement; and it being certified that there are no outstanding executions with any sheriff or marshal,

      NOW THEREFORE full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction of said judgment on the docket.

Dated: New York, New York
September 5, 2008

DEBEVOISE & PLIMPTON LLP

By: _____
Mary Beth Hogan

919 Third Avenue
New York, New York 10022
(212) 909-6000

## ACKNOWLEDGMENT

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

On the 5th day of September, 2008, before me personally came Mary Beth Hogan, to me known and known to be a member of the firm of Debevoise & Plimpton LLP, and to be the same person described in and who executed the within satisfaction of judgment, and she acknowledged to me that she executed the same.

_____
Notary Public

DEREK S. TARSON
Notary Public, State of New York
No. 02TA6125106
Qualified in New York County
Commission Expires April 4, 2009

2