UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------x
:
HAWA ABDI JAMA n/k/a HALI HASHI EGAL, :
:
               Plaintiff,    :    Civil Action No. 97-3093 (DRD)
:
vs. :
   :    **SATISFACTION OF JUDGMENT**
ESMOR CORRECTIONAL SERVICES, INC.
n/k/a CORRECTIONAL SERVICES :
CORPORATION, et al.,
:
               Defendants.
:
------------------------------------x

    WHEREAS a judgment was entered in the above action on March 7, 2008, in favor of Rutgers Constitutional Litigation Clinic, and against Defendants Esmor Correctional Services, Inc., James Slattery, Richard Staley, John Lima, and their counsel, Sidley Austin LLP and Blank Rome LLP, jointly and severally, in the amount of $108,600.00; and said judgment having been fully paid to Rutgers Constitutional Litigation Clinic; and it being certified that there are no outstanding executions with any sheriff or marshal,

    NOW THEREFORE full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction of said judgment on the docket.

22808835v1

Dated: Newark, New Jersey
       September 3, 2008

                                           RUTGERS CONSTITUTIONAL
                                           LITIGATION CLINIC

                                           By: _____
                                                 Penny M. Venetis
                                                 Co-Director / Clinical Professor of Law

                                           123 Washington Street
                                           Newark, New Jersey  07102
                                           (973) 353-5687

## ACKNOWLEDGMENT

STATE OF NEW JERSEY    )
                              )   ss.:
COUNTY OF ESSEX       )

     On the 3rd day of September, 2008, before me personally came Penny M. Venetis, to me known and known to be the co-director and Clinical Professor of Law for the Rutgers Constitutional Litigation Clinic, and to be the same person described in and who executed the within satisfaction of judgment, and she acknowledged to me that she executed the same.

                                                   _____
                                                 Notary Public

                                                   QUINTELLA L. HANKS
                                                 NOTARY PUBLIC OF NEW JERSEY
                                                 My Commission Expires Feb. 14, 2011