Mary Beth Hogan, Esq.
Justin P. Smith, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022
(212) 909-6000

Derek S. Tarson, Esq.
249 South Blvd.
Nyack, NY  10960
(845) 405-1309

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Hawa Abdi Jama, et al., | : | |
| | : | Civil Action |
| Plaintiffs, | : | No: 97-3093 (DRD) |
| | : | |
| vs. | : | |
| | : | |
| Esmor Correctional Services, Inc., | : | Hon. Dickinson R. Debevoise |
| et al., | : | U.S. Senior District Judge |
| | : | |
| Defendants. | : | |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT WITH DEFENDANTS ESMOR AND LIMA FOR ATTORNEYS' FEES AND EXPENSES

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP and Derek S. Tarson, attorneys for Plaintiff Hawa Abdi Jama, n/k/a Hali Hashi Egal, hereby request the withdrawal of Plaintiff's motion, Docket No. 584, for an order

enforcing the settlement agreement reached on December 2, 2009 between Plaintiff and Defendants Esmor Correctional Services Corporation and John Lima regarding attorneys' fees and expenses incurred in this action.

Dated:   New York, New York
         May 11, 2010

                                                 /s Derek S. Tarson
                                                 Derek S. Tarson, Esq.
                                                 249 South Blvd.
                                                 Nyack, NY  10960
                                                 (845) 405-1309

                                                 Mary Beth Hogan, Esq.
                                                 Justin P. Smith, Esq.
                                                 Debevoise & Plimpton LLP
                                                 919 Third Avenue
                                                 New York, New York  10022
                                                 (212) 909-6000

                                                 *Attorneys for Plaintiff Hawa Abdi Jama,*
                                                 *n/k/a Hali Hashi Egal*


APPROVED AND SO ORDERED this  12th  day of  May , 2010


                                                 Dickinson R. Debevoise
                                                 United States Senior District Judge