**UNITED STATES CLERK**
NEWARK, NEW JERSEY 07101-049

OFFICIAL BUSINESS

RECEIVED-CLERK
U.S. DISTRICT COURT
2010 MAY 24 A 11:55

NIXIE         070    9E   1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 07101
*1530-00502-17-37

LAWRENCE S. LUSTBERG    llustberg@gibbonslaw.com, litefiling@gibbonslaw.com

STEVEN D. WEINSTEIN    weinstein@blankrome.com, ferraro@blankrome.com

SUSAN C. CASSELL    CASSELL.SUSAN@GMAIL.COM

**2:97-cv-03093-DRD -MAS Notice will not be electronically mailed to::**

DAVID C. KISTLER
BLANK ROME, LLP


DREW MATTHEW DORMAN
DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022

JOSEPH N. CORDARO
BLANK ROME LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174

KIRA FEENY SPAMAN
BLANK ROME LLP
210 LAKE DRIVE EAST
SUITE 200
CHERRY HILL, NJ 08002

STEVEN L. LAPIDUS
ROBINSON, LAPIDUS & LIVELLI
Two Penn Plaza East
NEWARK, NJ 07105-5369

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/13/2010] [FileNumber=4200302-0
] [9a005bbd8b58066ed3136d41d5aaed8a942391d846 8202b286523f46afaa75a4dc7
b9590bb1949401c1f2832ad71d1d1d307f201d38fe4228395ad62e4a0cc92]]

## Orders on Motions

2:97-cv-03093-DRD -MAS JAMA, et al v. ESMOR CORRECTIONAL SERVS., INC., et al
**CASE CLOSED on 12/07/2007**
12BF, CLOSED, RULE16, SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 5/13/2010 at 2:19 PM EDT and filed on 5/12/2010
**Case Name:**     JAMA, et al v. ESMOR CORRECTIONAL SERVS., INC., et al
**Case Number:**   2:97-cv-03093-DRD -MAS
**Filer:**
**WARNING: CASE CLOSED on 12/07/2007**
**Document Number:** 587

**Docket Text:**
**ORDER withdrawing [584] Motion for Settlement to Enforce the Settlement Agreement with Defendants Esmor and Lima for Attorneys' Fees and Expenses. Signed by Judge Dickinson R. Debevoise on 5/12/10. (dc, )**

**2:97-cv-03093-DRD -MAS Notice has been electronically mailed to:**

BRIAN C. HARRIS    bcharris@bhs-law.com

BRUCE E. BARRETT    bbarrett@margolisedelstein.com, jmagrann@margolisedelstein.com

DEREK SHERMAN TARSON    dtarson@gmail.com, mao-ecf@debevoise.com

DOUGLAS F. CIOLEK    dciolek@rrplaw.com

EDWARD R. MURPHY    Edward.Murphy@MJDunnLaw.com

FRANK ASKIN    faskin@kinoy.rutgers.edu

GERALD DAVID SIEGEL    gsiegel@nj-negligencelawyer.com

GLORIA B. CHERRY    gbcherry@bhs-law.com

JEFFREY L. CHASE    jchase@herzfeld-rubin.com, jdieugenia@herzfeld-rubin.com

KEITH J. MILLER    kmiller@rwmlegal.com

KIT APPLEGATE    ka@kitapplegatelaw.com