UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Hawa Abdi Jama, n/k/a Hali Hashi Egal,<br><br>         Plaintiff,<br><br>-against-<br><br>Esmor Correctional Services, Inc., n/k/a Correctional Services Corporation, et al.,<br><br>         Defendants. | Civil Action No. 97-3093<br><br>Hon. Dickinson R. Debevoise, U.S.S.D.J.<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

  **WHEREAS**, Plaintiff, Hawa Abdi Jama n/k/a Hali Hashi Egal, has entered into a settlement agreement ("Settlement Agreement") with Defendants, Esmor Correctional Services, Inc. ("Esmor") and John Lima, for the payment of attorneys' fees and costs in this action to Plaintiff; and

  **WHEREAS**, Plaintiff's claims against Defendant, Willard Stovall, were severed from this action and this Court entered an order stating that Plaintiff continues to have the right to try her claims against Defendant Stovall, but administratively terminating that action without prejudice to the right of either party to move to restore the action to the active list for the purpose of trial or formal dismissal; and

  **WHEREAS**, with the execution of the Settlement Agreement, all contested issues between the Plaintiff and the Defendants remaining in this action have been resolved

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(2), that all claims asserted in this case by Plaintiff against the Defendants remaining in this action are hereby dismissed with prejudice.

IT IS FURTHER AGREED that this Stipulation may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall be deemed to be one and the same instrument. A facsimile signature will be binding and legal in all respects as if it were an original signature.

Attorneys for Plaintiff, Hawa Abdi Jama, n/k/a Hali Hashi Egal

RUTGERS CONSTITUTIONAL
LITIGATION CLINIC
By: Penny M. Venetis

Dated: July 29, 2010

DEBEVOISE & PLIMPTON LLP
By: Justin P. Smith

Dated: July 28, 2010

Attorney for Defendants, Esmor Correctional Services, Inc., n/k/a Correctional Services Corporation, John Lima, Richard Staley, and James Slattery

SIDLEY AUSTIN LLP
By: Frank R. Volpe

Dated: 7-29-10

APPROVED AND SO ORDERED this 9th day of August, 2010

Hon. Dickinson R. Debevoise
United States Senior District Judge