CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

RECEIVED
AUG 16 2010
AT 8:30
WILLIAM T. WALSH, CLERK

FORWARD TIME EXP RTN TO SEND
BLANK ROME LLP
301 CARNEGIE CTR STE 303
PRINCETON NJ 08540-6589

RETURN TO SENDER

STEVEN D. WEINSTEIN    weinstein@blankrome.com, ferraro@blankrome.com

SUSAN C. CASSELL    CASSELL.SUSAN@GMAIL.COM

**2:97-cv-03093-DRD -MAS Notice will not be electronically mailed to::**

DAVID C. KISTLER
BLANK ROME, LLP


DREW MATTHEW DORMAN
DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022

JOSEPH N. CORDARO
BLANK ROME LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174

KIRA FEENY SPAMAN
BLANK ROME LLP
210 LAKE DRIVE EAST
SUITE 200
CHERRY HILL, NJ 08002

STEVEN L. LAPIDUS
ROBINSON, LAPIDUS & LIVELLI
Two Penn Plaza East
NEWARK, NJ 07105-5369

RECEIVED
AUG 16 2010
AT 8:30_____M
WILLIAM T. WALSH, CLERK

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/9/2010] [FileNumber=4395888-0]
[359750e596a4bd65d7640a221fafec58db1d9126b8665b05afcb42ec774c22cd7ae0
4de43343110a19f48b530e851d44e7ea89fdef8e7ccd9790ad5c595046d1]]
< /table>

## Other Orders/Judgments

2:97-cv-03093-DRD -MAS JAMA, et al v. ESMOR CORRECTIONAL SERVS., INC., et al
**CASE CLOSED on 12/07/2007**
12BF, CLOSED, RULE16, SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 8/9/2010 at 2:23 PM EDT and filed on 8/9/2010
**Case Name:**         JAMA, et al v. ESMOR CORRECTIONAL SERVS., INC., et al
**Case Number:**       2:97-cv-03093-DRD -MAS
**Filer:**
**WARNING: CASE CLOSED on 12/07/2007**
**Document Number:** 590

**Docket Text:**
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE. Signed by Judge Dickinson R. Debevoise on 8/9/10. (dc, )**

**2:97-cv-03093-DRD -MAS Notice has been electronically mailed to:**

BRIAN C. HARRIS     bcharris@bhs-law.com

BRUCE E. BARRETT     bbarrett@margolisedelstein.com, jmagrann@margolisedelstein.com

DEREK SHERMAN TARSON     dtarson@gmail.com, mao-ecf@debevoise.com

DOUGLAS F. CIOLEK     dciolek@rrplaw.com

EDWARD R. MURPHY     Edward.Murphy@MJDunnLaw.com

FRANK ASKIN     faskin@kinoy.rutgers.edu

GERALD DAVID SIEGEL     gsiegel@nj-negligencelawyer.com

GLORIA B. CHERRY     gbcherry@bhs-law.com

JEFFREY L. CHASE     jchase@herzfeld-rubin.com, jdieugenia@herzfeld-rubin.com

KEITH J. MILLER     kmiller@rwmlegal.com

KIT APPLEGATE     ka@kitapplegatelaw.com

LAWRENCE S. LUSTBERG     llustberg@gibbonslaw.com, litefiling@gibbonslaw.com